IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE KANE, | ) TRIAL BY JURY DEMANDED |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil No. 02C 2961 |
| MENARD'S, INC. | ) |
| Defendant. | ) JUDGE HIBBLER |
| | MAGISTRATE JUDGE BOBRICK |

DOCKETED
APR 2 5 2002

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a claim for relief under Title VII of the Civil Rights Act of 1964, Title 42 U.S.C. §2000e-2(a)(1). Jurisdiction is posited upon Title 28 U.S.C. §1343(4).

2. Defendant is an employer within the meaning of the Act. The conduct complained of occurred within this judicial district at or near 9140 South Harlem Avenue, Bridgeview, Illinois.

### ADMINISTRATIVE PROCEDURES

3. On or about May 4, 2001, plaintiff, KATHERINE KANE, filed a charge of discrimination against the employer, MENARD'S INC., with the Illinois Department of Human Rights. Ex. A. The Equal Employment Opportunity Commission was notified of said charge. On March 29, 2002, a right-to-sue letter from the Equal Employment Opportunity Commission was issued on the grounds that more than 180 days had elapsed since filing of the charge with the Commission and they were terminating its processing of said charge. Ex. B. This suit has been timely filed within 90 days

of receipt of said right-to-sue letter.

## STATEMENT OF CLAIM

4. On or about February 15, 2001 plaintiff was forced to resign her position of gainful employment with defendant as a "Commercial/Contractor Representative" because defendant failed, neglected and refused to take prompt and appropriate corrective action to eradicate plaintiff's hostile work environment, after she had twice reported sexual harassment in the work place by DAVE MALINOWSKI, Commercial/Contractor Sales Manager, to management, in violation of 42 U.S.C. 2000e-2(a)(1);

5. So severe or pervasive was the sexual harassment that plaintiff became physically ill to her stomach, lost sleep, became worried and required psychotherapy.

6. As a result thereof, the terms, conditions and privileges of her employment have been materially altered, affecting the plaintiff's ability to perform her duties, thereby causing her embarrassment, inconvenience, humiliation, the necessity to incur medical expenses and to sustain economic losses.

## PRAYER FOR RELIEF

7. Wherefore, plaintiff, KATHERINE KANE, asks the court to enter judgment in her favor, and against the defendant, MENARD'S INC., for all reasonable relief to which she may be entitled Title 42 §2000e-5 (g) and (k).

_____
ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO
  & ASSOCIATES, P.C.
300 West Washington Street,
Suite 1004
Chicago, Illinois 60606
Telephone:  (312) 346-8920
Telefax:  (312) 346-5988

**Attorney for Plaintiff**

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

☒ EEOC

2001CF2878

## Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.)
Katherine Kane

**HOME TELEPHONE** (Include Area Code)

**STREET ADDRESS**
10937 Deblin Lane

**CITY, STATE AND ZIP CODE**
Oaklawn, Illinois 60453

**DATE OF BIRTH**
May 5, 1963

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below)

**NAME**
Menards, Inc.
c/o General Manager

**NUMBER OF EMPLOYEES, MEMBERS**
15+

**TELEPHONE** (Include Area Code)
708-233-6672

**STREET ADDRESS**
9140 S. Harlem Avenue,

**CITY, STATE AND ZIP CODE**
Bridgeview, IL 60455

**COUNTY**
Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☒ OTHER Sexual Harassment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)   LATEST (ALL)

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s))

ATTACHED

DEPT. OF HUMAN RIGHTS
INTAKE UNIT
MAY 0 2 2001 10:19

PLAINTIFF'S EXHIBIT A-1

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

**NOTARY** - (when necessary for State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

**SIGNATURE OF COMPLAINANT**
X Katherine Kane

**DATE**
MAY 4 2001

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
Lara Walicek MAY 4 2001

OFFICIAL SEAL
LARA A WALICEK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/03/01

EEOC FORM 5 (5/00)

2001CF2878

APR 1 5 2002

## STATEMENT OF PARTICULARS

Since about April 27, 2000 I was employed by MENARD'S at their Bridgeview, Illinois, store location, where I was promoted, as of July 1, 2000 to the position of "Commercial /Contractor Representative". During the time employed, I was sexually harassed by Dave Malinowski, Commercial/Contractor Sales Manager. His remarks were unwelcome and were of a sexually offensive nature. So pervasive and obnoxious was his sexual harassment that I often cried at work and at home, became sick to my stomach. I would have someone walk me to the truck so I would not have to go with MR. MALINOWSKI to the truck (which we were required to work together in). He told of how he would dream about me at night in a sexual manner ("I'm getting hard now just talking about it."). At one time he proposed marriage to me; he was going to leave his wife. I required therapy.

On or about October 20, 2000, I reported the sexual harassment to JOHN SCHAFER, my former department manager. On or about January 19, 2001, I reported it to DAVE SARKESIAN, store manager, who later informed me that MALINOWSKI had admitted most of the sexually offensive conduct.

After I reported the sexual harassment, MALINOWSKI became distant and made me feel uncomfortable. Because of the company failing, neglecting or refusing to take prompt and appropriate corrective action, on the recommendation of my therapist, I had to resign from employment on or about February 15, 2001. I remain unemployed presently. As a result of the sexual harassment and retaliation, I have been humiliated and economically harmed.


PLAINTIFF'S EXHIBIT A-2

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# NOTICE OF RIGHT TO SUE

*(Issued on request)*

| To: Katherin Kane<br>10937 DEBLIN LN<br>OAK LAWN, IL 60453<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL*<br>*( 29 C.F.R. 1601.7(a) )* | From:<br>EQUAL EMPLOYMENT OPPORTUNITY COMM.<br>Chicago District Office<br>500 W. Madison Street Suite 2800<br>Chicago, IL 60661-2511 |
|---|---|

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 21BA12705 | Nola Smith, S&L Coord. | (312) 886-5973 |

( See the additional information attached to this form )

**NOTICE TO THE PERSON AGGRIEVED:**
**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue. It is issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.
☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.
[X] The EEOC is terminating its processing of this charge.
☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.
☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

*[signature]*
John P. Rowe, District Director                              29 March 2002
                                                                  (Date)

Enclosure(s)

cc: MENARDS INC
    9140 S HARLEM AVE
    BRIDGEVIEW, IL 60455

PLAINTIFF'S EXHIBIT B

APR 15 2002

EEOC FORM 161-B (Rev 01/97)                                    CHARGING PARTY COPY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** KATHERINE KANE
County of Residence: COOK
Plaintiff's Atty: ERNEST T. ROSSIELLO
ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
300 West Washington Street, Suite 1004
312-346-8920

**Defendant(s):** MENARD'S INC.
County of Residence: EAU CLAIRE
Defendant's Atty:

**02C 2961**

DOCKETED APR 25 2002

JUDGE HIBBLER

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

MAGISTRATE JUDGE BOBRICK

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 442 Employment

**VI. Cause of Action:** 42 U.S.C. 2000e-2(a); Suit for gender discrimination in employment under Title VII

**VII. Requested in Complaint**
Class Action:
Dollar Demand:
Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**
**Date:** 4/25/2

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**     Revised: 06/28/00

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

**DOCKETED**
APR 25 2002

In the Matter of

KATHERINE KANE

v.

MENARD, INC.

**JUDGE HIBBLER**

Case Number: 02C 2961

MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

KATHERINE KANE

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: ERNEST T. ROSSIELLO | NAME: LARA A. WALICEK |
| FIRM: ERNEST T. ROSSIELLO & ASSOCIATES, P.C. | FIRM: ERNEST T. ROSSIELLO & ASSOCIATES, P.C. |
| STREET ADDRESS: 300 WEST WASHINGTON STREET, SUITE 1004 | STREET ADDRESS: 300 WEST WASHINGTON STREET, SUITE 1004 |
| CITY/STATE/ZIP: CHICAGO, ILLINOIS 60606 | CITY/STATE/ZIP: CHICAGO, ILLINOIS 60606 |
| TELEPHONE NUMBER: (312) 346-8920 | TELEPHONE NUMBER: (312) 346-8920 |
| IDENTIFICATION NUMBER: 2397137 | IDENTIFICATION NUMBER: 6210353 |
| MEMBER OF TRIAL BAR? YES ✓ NO | MEMBER OF TRIAL BAR? YES NO ✓ |
| TRIAL ATTORNEY? YES ✓ NO | TRIAL ATTORNEY? YES ✓ NO |
| | DESIGNATED AS LOCAL COUNSEL? YES NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |

FILED 02 APR 25 AM 10:04 CLERK U.S. DISTRICT COURT